ACCEPTED
01-14-01029-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/14/2015 7:27:30 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-01029-CV

TARRIS WOODS

APPELLANT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/14/2015 7:27:30 PM

CHRISTOPHER A. PRINE
Clerk

V.

SANDRA T. KENNER AND CHARLES E. TWYMON, JR.

APPELLEE

_____

**Appellant's Second Motion to Extend Time to file
Appellant's Brief**

_____

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**NOW COMES** Appellant, is Tarris Woods, asks the Court to extend the time to file his Brief.

## A. Introduction

1.   Appellant is Tarris Woods; Apellees are Sandra T. Kenner and Charles E. Twymon, Jr.

2.   No rules provides a deadline to file this motion to extend. See Tex. R. App. P. 38.6(d)

3.   Appellees are Sandra T. Kenner and Charles E. Twymon, Jr., and it is unknown if one, both or either are opposed to this motion.

## B. Argument & Authorities

4. The Court has the authority under Texas Rule of Appellate Procedure 38.6 (d) to extend the time to file Appellant's Brief.

5. Appellant's Brief was due on May 14, 2015.

6. Appellant request an additional 30 days to file Appellant's Brief extending the time until June 14, 2015.

7. One extension has been granted to extend the time to file Appellant's Brief.

8. Appellant has a pending motion to reconsider the increase in appellant's bond amount which is awaiting on the trial court's determination on a lesser amount. The Appellant had posted a significant bond with the Court and only after the objection of the Appellee and upon hearing, the Court increased the bond amount by more than three (3) times. That determination has created a significant financial burden on the Appellant.

9. The current amount of the security required will cause the judgment debtor substantial economic harm if, after notice to all parties and a hearing, the court finds that posting a bond, deposit, or security in the amount required by the order is likely to cause the judgment debtor substantial economic harm.

10. This is further shown that on April 27, 2015, the appellee, Sandra T. Kenner, filed her Original Petition in County Court at law number three (3) in Galveston County Texas against the Appellant.

## C. Conclusion

11. Appellant's request an additional 30 days to file

Appellant's Brief extending the time until June 14, 2015.

### D. Prayer

12. For these reasons, Appellant's asks the Court to grant an extension of time to file Appellant's Brief until June 14, 2015.

Respectfully submitted,

\_\_/S/\_Douglas T. Godinich \_
Douglas T. Godinich
Texas Bar No 24007244
2727 Broadway
Galveston, Texas 77550
Tel: (409) 763-2454
Fax: (409) 763-4309
Attorney for Appellant Tarris Woods

### Certificate of Conference

I certify that I have conferred with Thomas W. McQuage by telephone and Mr. McQuage is opposed to Appellant's Motion.

\_/S/ Douglas T Godinich\_ \_\_\_
Douglas T. Godinich

## Certificate of Service

A copy of this notice is being filed with the appellate clerk in accordance with rule 25.1(e) of the Texas Rules of Civil Procedure. I certify that a true copy of this Motion to Extend Time to File Appellant's Brief was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or the attorney for such party indicated below by method indicated.

_/s/ Douglas T. Godinich _____
Douglas T. Godinich

**By FAX TRANSMITTAL**
Thomas W. McQuage
P.O. Box 16894
Galveston, Texas 77552
TEL: 409-762-1104
mcquage@swbell.net